# ELECTRONIC RECORD

214-15
215-15
216-15

COA #14-13-00682-CR

OFFENSE: Poss or Promotion of Child Pornography

STYLE: Mark Douglas Robison v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 351st District Court

DATE: January 22, 2015   Publish: Yes

TC CASE #:1324897

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Mark Douglas Robison v The State of Texas

CCA # _____

__APPELLANT'S__   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED__

DATE: __04/22/2015__

JUDGE: __Per Curiam__

CCA Disposition: **214-15; 215-15; 216-15**

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD